John J. Farrell, Esq. - State Bar No. 59348
LAW OFFICES OF JOHN J. FARRELL
2560 Ninth Street, Suite 213B
Berkeley, CA  94710-2549
Telephone:       (510) 549-5900
Facsimile:         (510) 549-5901

David Bancroft, Esq. - State Bar No. 52106
SIDEMAN & BANCROFT, LLP
One Embarcadero Center, 8th Floor
San Francisco, CA  94111

Attorneys for Plaintiffs
PETER D. POULLOS AND AMY POULLOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER D. POULLOS and AMY POULLOS,<br><br>        Plaintiffs,<br><br>vs..<br><br>UNITED STATES OF AMERICA,<br><br>        Defendants. | CASE  NO. 3:05-03690 CRB<br>Related action:  3:05-CV-03810 CRB<br><br>**STIPULATED REQUEST<br>FOR ORDER CHANGING TIME**<br><br>**ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, plaintiffs, by John J. Farrell, and defendant United States of America, by Owen P. Martikan, stipulate as follows:

1.       That the trial date of December 11, 2006, and the pretrial date of December 7, 2006, be vacated based upon the following:

        a.       As set out in the Declaration of John J. Farrell, filed herewith, plaintiffs' counsel contracted for a European river cruise with his wife through Vantage World Travel.  The cruise departs on November 8, 2006, from Paris, France, and concludes in Cologne, Germany, on November 23, 2006.  The trip has been prepaid in the amount of $7,334 which is non-refundable since no trip cancellation insurance was purchased.

      b.    Plaintiffs' counsel is a solo practitioner whose support staff consists only of a legal assistant who is also leaving for a pre-paid European holiday from November 19 through November 29th, 2006.

      c.    Given the requirements necessary for the preparation for the pretrial conference and trial date, December 7 and December 11, respectively, it would be impossible for either plaintiffs' counsel or his assistant to embark on said holidays.

2.    No other time modifications have been requested in this case.  The trial date was assigned on November 3, 2006.

3.    The parties hereby request that the trial date of December 11, 2006, and the pretrial conference date of December 7, 2006, be vacated and that this matter be scheduled for a Case Management Conference after November 23, 2006, for the purpose of resetting the trial.

DATED:  November 3, 2006        LAW OFFICE OF JOHN J. FARRELL

                                        By_____/s/ JOHN J. FARRELL_____
                                               John J. Farrell
                                             Attorneys for Plaintiff

DATED:  November _3_, 2006        KEVIN RYAN, UNITED STATES ATTORNEY

                                        By_____/s/ OWEN D. MARTIKAN_____
                                             Owen D. Martikan
                                             Attorneys for Defendant

# O R D E R

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE:     November  07 , 2006



_____
HON. CHARLES R. BREYER, JUDGE
UNITED STATES DISTRICT COURT

- 3 -
3:05-03690 CRB – STIPULATED REQUEST TO CHANGE TIME